**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)      Docket No.:  0972 2:16CR00013-001<br>Steven Michael Laplante   )<br>)<br>_____ ) | |

On September 9, 2013, the above-named was sentenced to Supervised Release for a period of 35 months.  Supervision commenced on September 8, 2014.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant U.S. Attorney Nancy Cook from the District of Idaho does not oppose early termination of supervised release.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:    October 4, 2016
          Fresno, California
          TDM/rmv

              /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
          **Supervising United States Probation Officer**

**Re:  Steven Michael Laplante**
   **Docket No:  0972 2:16CR00013-001**
   **Report and Order Terminating**
   **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Steven Michael Laplante be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 10/6/2016 | /s/ John A. Mendez |
|---|---|
| **Date** | **JOHN A. MENDEZ** |
|  | **United States District Court Judge** |

cc:   AUSA (NAME) - Nancy Cook - D/ID
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Supervisee - Steven Michael Laplante